CR 20-173 WMW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 844(c) |
| | 18 U.S.C. § 844(i) |
| v. | 18 U.S.C. § 853(p) |
| | 18 U.S.C. § 982(a)(2)(B) |
| MATTHEW SCOTT WHITE, | 18 U.S.C. § 982(b)(1) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Arson)

On or about May 28, 2020, in the State and District of Minnesota, the defendant,

**MATTHEW SCOTT WHTE,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building used in interstate or foreign commerce and in activity affecting interstate or foreign commerce, namely, the Enterprise Rent-A-Car building located at 1161 University Avenue West, in St. Paul, Minnesota, all in violation of Title 18, United States Code, Section 844(i).

### FORFEITURE ALLEGATIONS

If convicted of Count 1 of this Information, the defendant,

**MATTHEW SCOTT WHITE,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained,


SCANNED
AUG 18 2020
U.S. DISTRICT COURT MPLS


<u>United States v. Matthew Scott White</u>

directly or indirectly, as a result of such violation, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

Dated: August 18, 2020

ERICA H. MacDONALD
United States Attorney

BY: BRADLEY M. ENDICOTT
Assistant United States Attorney
Attorney ID No. 0349872