## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.                                                                      Criminal No.  20cr173(WMW)

(1)MATTHEW SCOTT WHITE

_____

UNITED STATES OF AMERICA

    v.                                                                        Criminal No.  18cr35(JRT/TNL)

(1) MATTHEW SCOTT WHITE, ET AL.

_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■    Cases involving the same defendant(s), whether the prior cases are open or closed.

Dated:    Respectfully submitted,

                                                      ERICA H. MacDONALD
                                                      United States Attorney

                                                      s/ Bradley M. Endicott

                                                      BY:  BRADLEY M. ENDICOTT
                                                     Assistant United States Attorney
                                                      Attorney ID No. 0349872