# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES – CRIMINAL** |
| | ) | BEFORE: Wilhelmina M. Wright |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 20-cr-0173 (WMW) |
| | ) | Date: September 25, 2020 |
| Matthew Scott White, | ) | Court Reporter: Lori Simpson |
| | ) | Courthouse: Minneapolis |
| Defendant. | ) | Courtroom: 12W |
| | ) | Time in Court: 11:52 a.m. – 12:42 p.m. |
| | ) | Time in Court: 50 Minutes |

**APPEARANCES:**

For Plaintiff:    Bradley M. Endicott, Assistant United States Attorney

For Defendant:   Paul Applebaum, CJA Appointed

**PROCEEDINGS:**

- √ **Arraignment** on √ Information
- √ **Initial Appearance**
- √ **Plea Hearing**
- √ Plea:
    - √ Guilty as to Count One of the Information.
- √ Presentence Investigation and Report requested.
- √ Sentencing will be scheduled at a future date and time before Judge Wilhelmina M. Wright.
- √ Defendant is remanded to the USM.

s/Mona Eckroad
Courtroom Deputy