P a g e | 1

# PAUL APPLEBAUM
## LAWYER

December 15, 2020

Sarah L. Thuringer
United States Probation Office
316 North Robert Street
Saint Paul, Minnesota 55101

Re:   *U.S. v. Matthew Scott White*
      Case No: 20-cr-173 (WMW)

Ms. Thuringer:

Mr. White and I have gone over his Pre-sentence Report together and have no objections to its contents.

Thank you.


/s Paul Applebaum


cc: Matthew S. White

Phone: 651.222.2999 • Fax: 651.223.5179

P a g e | 1