# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| Matthew Scott White, | ) |
| Defendant. | ) |

**COURT MINUTES – CRIMINAL**
BEFORE: Wilhelmina M. Wright
U.S. District Judge

| | |
|---|---|
| Case No: | 20-cr-0173 (WMW) |
| Date: | June 16, 2021 |
| Courthouse: | Saint Paul |
| Courtroom: | 7A |
| Court Reporter: | Lori Simpson |
| Deputy: | Mona Eckroad |
| Time in Court: | 11:17 a.m. – 12:02 p.m. |
| Total time: | 45 Minutes |

## APPEARANCES:

For Plaintiff:     Bradley M. Endicott, Assistant United States Attorney

For Defendant:     Paul Applebaum, CJA Appointed

## PROCEEDINGS:

√  **Sentencing.**

## IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Guilty Plea | BOP | Supervised Release |
|---|---|---|---|
| 1 | X | 72 months to run concurrently with the supervised release violation in case number 18-cr-0035 | 3 years to run concurrently with the supervised release violation in case number 18-cr-0035 |

√  See J&C and SOR for special conditions.
√  Defendant sentenced to pay:
   √  Special assessment in the amount of $100.00 to be paid immediately.

1

√   Restitution in the amount of $671,974.24 is due and payable immediately.

√  Documents 46 and 47 are sealed for 10 years and will be unsealed on 6/16/2031.

√  Defendant to be incarcerated at a facility in or near Minnesota.

√  Defendant is remanded to the custody of the United States Marshal.

s/Mona Eckroad
Courtroom Deputy